**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2233

VERONICA M. JOHNSON,

Plaintiff - Appellant,

v.

JUDGE JOHNNY E. MORRISON; CYNTHIA P. MORRISON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cv-00550-AWA-RJK)

Submitted:  April 20, 2023                                   Decided:  April 24, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Veronica Moody Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronica Moody Johnson appeals the district court's order dismissing her 42 U.S.C. §§ 1983, 1985, 1986 amended complaint under 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Johnson v. Morrison*, No. 2:21-cv-00550-AWA-RJK (E.D. Va. Nov. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*